MICHAEL C. ZELLERS SBN 146904
michael.zellers@tuckerellis.com
AGGIE B. LEE SBN 228332
aggie.lee@tuckerellis.com
TUCKER ELLIS LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Defendants
JOHNSON & JOHNSON and
ETHICON, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MATTHEW J. FARMER,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNSON & JOHNSON, ETHICON, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants. | **CASE NO.: 2:17-cv-07915-GW-AS**<br><br>**DEFENDANT JOHNSON & JOHNSON AND ETHICON, INC.'S CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1 of the Central District of California, the undersigned counsel of record for Defendants Johnson & Johnson and Ethicon, Inc. certifies that the following parties have a direct, pecuniary interest in the outcome of this case:

    Matthew J. Farmer

    Johnson & Johnson

    Ethicon, Inc.

In addition, Defendants Johnson & Johnson and Ethicon, Inc. state the following:

1. Johnson & Johnson has no parent corporation, and there is no publicly held corporation that owns 10% or more of Johnson & Johnson's stock.
2. Ethicon, Inc. is a wholly-owned subsidiary of Johnson & Johnson.

These representations are made to enable the Court to evaluate possible disqualification or recusal. Defendants reserve the right to supplement this certification as needed.

Respectfully submitted on this 1st day of November, 2017.

TUCKER ELLIS LLP

By: */s Aggie B. Lee*
    Michael C. Zellers
    Aggie B. Lee
    Attorneys for Defendants
    JOHNSON & JOHNSON
    ETHICON, INC.

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Flower Street, Forty-Second Floor, Los Angeles, CA 90071.

On the date indicated below, a true and correct copy of the foregoing **DEFENDANT JOHNSON & JOHNSON AND ETHICON, INC.'S CERTIFICATION OF INTERESTED PARTIES** was efiled with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on, November 1, 2017, at Los Angeles, CA.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Central District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

By   */s/ Aggie B. Lee*
     (Name)