AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Matthew J. Farmer | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17cv04579 |
| Ethicon, Inc., Johnson & Johnson | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ethicon, Inc., Johnson & Johnson.

Date: 11/28/2017

/s/ Halli D. Cohn
*Attorney's signature*

Halli D. Cohn (GA Bar No. 175505)
*Printed name and bar number*
Troutman Sanders LLP
600 Peachtree Street NE, Suite 5200
Atlanta, Georgia 30308

*Address*

halli.cohn@troutmansanders.com
*E-mail address*

(404) 885-3000
*Telephone number*

(404) 885-3900
*FAX number*