AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| Matthew J. Farmer | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17cv04579 |
| Ethicon, Inc., Johnson & Johnson | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ethicon, Inc., Johnson & Johnson                                                                                      .

Date:     11/28/2017                                        /s/ S. Eric Rumanek
                                                                              *Attorney's signature*

                                                            S. Eric Rumanek (GA Bar No. 558047)
                                                              *Printed name and bar number*
                                                                  Troutman Sanders LLP
                                                          600 Peachtree Street NE, Suite 5200
                                                                   Atlanta, Georgia 30308

                                                                              *Address*

                                                            eric.rumanek@troutmansanders.com
                                                                          *E-mail address*

                                                                        (404) 885-3000
                                                                       *Telephone number*

                                                                        (404) 885-3900
                                                                          *FAX number*