AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC - 4 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Matthew J. Farmer ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:17cv04579 |
| Ethicon, Inc., Johnson & Johnson ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew J. Farmer

Date:   12/01/2017

_____
*Attorney's signature*

Saro G. Rizzo (CA Bar No. 162003)
*Printed name and bar number*

Saro G. Rizzo Attorney At Law
1457 Marsh Street, Suite 100
San Luis Obispo, CA 93401

*Address*

sgrizzo@charter.net
*E-mail address*

(805) 783-1735
*Telephone number*

(805) 858-9505
*FAX number*