UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC - 4 2017

JAMES N. HATTEN, Clerk
By: J. ___ Deputy Clerk

| | |
|---|---|
| IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2782<br>CIVIL ACTION NO.<br>1:17-MD-02782-RWS |

This document relates to:

MATTHEW J. FARMER          Civil Action No.: 1:17-cv-04579-RWS

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate the Master Complaint in MDL No. 2782 by reference. Plaintiff(s) further show the court as follows:

1. Plaintiff Implanted with Physiomesh

   Matthew J. Farmer

2. Plaintiffs Spouse (if applicable)

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence and Citizenship of each Plaintiff (including any Plaintiff in a representative capacity) at time of filing of Initial Complaint

   Plaintiff Matthew J. Farmer is and was a resident of California and U.S. Citizen at time of filing of Initial Complaint.

5. State of Residence and Citizenship at the Time of Implantation

   Plaintiff Matthew J. Farmer is and was a resident of California and U.S. Citizen at time of filing of Initial Complaint.

6. District Court and Division in which personal jurisdiction and venue would be proper absent direct filing.

   United States District Court Central District of California Western Division

7. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. Ethicon, Inc.

   ☑ B. Johnson & Johnson

8. Basis of Jurisdiction

   ☑ Diversity of Citizenship (28 U.S.C. § 1332(a))

   ☑ Other: California Code of Civil Procedure sec. 410.10

   A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   1, 2, 4, 9,

B. Other allegations of jurisdiction and venue:

N/A

9.

| Date(s) Plaintiff was Implanted with Physiomesh (list date of each implant surgery, where applicable, on separate line) | Hospital(s) where Plaintiff was implanted with Physiomesh (include City and State of Hospital) | Implanting Surgeon(s) |
|---|---|---|
| 07/26/2011 | Sierra Vista Regional Medical Center San Luis Obispo, California | Edwin Hayashi, M.D. |
|  |  |  |
|  |  |  |

10. Counts in the Master Complaint brought by Plaintiff(s):

- [✓] Count I - Strict Product Liability - Defective Design
- [✓] Count II - Strict Product Liability - Failure to Warn
- [✓] Count III - Strict Product Liability - Manufacturing Defect
- [✓] Count IV - Negligence
- [✓] Count V - Consumer Protection Laws (Please identify applicable State Consumer Protection law(s) and state any additional facts and legal basis for application of State Consumer Protection law(s) in this case)

California Civil Code sec. 1791.1 - California's Implied warranty of merchantability.

- [ ] Count VI - Gross Negligence
- [ ] Count VII - Loss of Consortium
- [✓] Count VIII - Punitive Damages
- [✓] Count IX - Discovery Rule, Equitable Tolling/Estoppel (Please state any additional facts and legal basis for Discovery Rule and Tolling below)

Plaintiff became aware that there might be a problem with the mesh in January of 2017 and had revision surgery in September of 2017.

4

☐ Other Count(s) (Please state factual and legal basis for other claims not included in the Master Complaint below):

_____

_____

_____

☑ Jury Trial is Demanded as to All Counts

☐ Jury Trial is NOT Demanded as to Any Count

                            *s/*Saro G. Rizzo
                            Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Saro G. Rizzo
1457 Marsh Street, Suite 100
San Luis Obispo, CA 93401
(805) 783-1735
sgrizzo@charter.net
Cal. Bar No. 162003

SARO G. RIZZO
1457 Marsh Street, Suite 100
San Luis Obispo, CA 93401





Clerk of the Court
United States District Court
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309