UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON PHYSIOMESH | : | MDL DOCKET NO. 2782 |
| FLEXIBLE COMPOSITE | : | ALL CASES |
| HERNIA MESH PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | |
| | : | CIVIL ACTION NO. |
| | : | 1:17-MD-02782-RWS |

## ORDER

At the request of lead counsel for Defendants, and with counsel for Plaintiffs

having no objection, the Court hereby **DIRECTS** the Clerk to remove the

following individuals from the docket as counsel for Defendants in the above-

referenced matter:

> Adam Patrick O'Brien
> Wells Anderson & Race, LLC
> Suite 1020
> 1700 Broadway
> Denver, CO 80290-1001
> 303-830-1212
>
> Aggie B. Lee
> Tucker Ellis LLP
> 515 South Flower Street
> Los Angeles, CA 90071
> 213-430-3400
> Fax: 213-430-3409

1

Amanda M. Cialkowski
Nilan Johnson Lewis, PA
Suite 400
120 South 6th Street
Minneapolis, MN 55402
612-305-7500

Amanda S. Kitts
Nelson Mullins Riley & Scarborough-Columbia
P.O. Box 11070
Suite 1700
1320 Main Street
Columbia, SC 29211-1070
803-799-2000
Fax: 803-256-7500

Bettina J. Strauss
Bryan Cave-MO
Suite 3600
Metropolitan Square Building
211 North Broadway
St. Louis, MO 63102-2750
314-259-2525

Christian E. Piccolo
Drinker Biddle & Reath-PA
18th and Cherry Streets, Suite 2000
One Logan Square
Philadelphia, PA 19103-6996
215-988-2783

Dan H. Ball
Bryan Cave-MO
Suite 3600
Metropolitan Square Building
211 North Broadway
St. Louis, MO 63102-2750

314-259-2000
Email: dhball@bryancave.com

David E. Dukes
Nelson Mullins Riley & Scarborough-Columbia
P.O. Box 11070
Suite 1700
1320 Main Street
Columbia, SC 29211-1070
803-255-9451
Email: david.dukes@nelsonmullins.com

David Edward Worley
Scheer Law Group LLP
Suite 2200
701 Pike Street
Seattle, WA 98101
206-223-5283
Fax: 206-223-4065
Email: dworley@scheerlaw.com

Douglas John Moore
Irwin Fritchie Urquhart & Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130
504-310-2100
Fax: 504-310-2101
Email: dmoore@irwinllc.com

James P. Emanuel, Jr.
Bryan Cave-MO
Suite 3600
Metropolitan Square Building
211 North Broadway
St. Louis, MO 63102-2750
314-259-2263
Fax: 314-552-8263

Email: james.emanuel@bryancave.com

Jan R McLean Bernier
Nilan Johnson Lewis, PA
Suite 400
120 South 6th Street
Minneapolis, MN 55402
612-305-7500
Fax: 612-305-7501

Janelle Lauren Davis
Thompson & Knight, LLP - Dallas
Suite 1500
1722 Routh Street
Dallas, TX 75201-2533
214-969-1677
Fax: 214-999-1657

Jeffrey Royal Johnson
Scheer Law Group LLP
Suite 2200
701 Pike Street
Seattle, WA 98101
206-223-5283
Fax: 206-223-4065
Email: jjohnson@scheerlaw.com

John Hugh Bradley
Waddell & Associates
P.O. Box 630
Miledgeville, GA 31061
478-453-9376

Kathleen A. Gallagher
Beck Redden Secrest
Suite 4500
1221 McKinney Street
Houston, TX 77010

713-951-3700

Kelly S. Crawford
Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
P.O. Box 1981
Morristown, NJ 07962-1981
973-538-0800

Kim J. Sveska
Foley Baron Metzger & Juip PLLC
Suite 300
38777 6 Mile Road
Livonia, MI 48152
734-742-1815

Mary Alice Wells
Wells Anderson & Race, LLC
Suite 1020
1700 Broadway
Denver, CO 80290-1001
303-830-1212
Fax: 303-830-0898

Meera Unnithan Sossamon
Irwin Fritchie Urquhart & Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130
504-310-2100
Fax: 504-310-2101.

Michael C. Zellers
Tucker, Ellis & West, LLP-CA
Suite 1800
1000 Wilshire Boulevard
Los Angeles, CA 90017

5

213-430-3400
Email: mzellers@tuckerellis.com

Saulius David Polteraitis
Foley Baron Metzger & Juip PLLC
Suite 300
38777 6 Mile Road
Livonia, MI 48152
313-961-4400
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Shannon Elizabeth Beamer
Venable, LLP-MD
Suite 900
750 E. Pratt Street
Baltimore, MD 21202
410-244-7467
Fax: 410-244-7742

Susan J. Pope
Frost Brown Todd, LLC-KY
250 West Main Street
2800 Lexington Financial Center
Lexington, KY 40507
859-244-3204
Fax: 859-231-0011

Thomas Larry Hill
Moore, Hill & Westmoreland, P.A.
P.O. Box 13290
9th Floor, SunTrust Tower
220 West Garden Street
Pensacola, FL 32591
850-434-3541
Fax: 850-435-7899

Timothy E. Hudson

Thompson & Knight, LLP - Dallas
Suite 1500
1722 Routh Street
Dallas, TX 75201-2533
214-969-1700
Fax: 214-969-1751

Tracy J. Van Steenburgh
Nilan Johnson Lewis, PA
Suite 400
120 South 6th Street
Minneapolis, MN 55402
612-305-7500
Fax: 612-305-7501

William E. Lawton
Dean, Ringers, Morgan and Lawton, P.A.
P.O. Box 2928
201 East Pine Street
Suite 1200
Orlando, FL 32802
407-422-4310
Fax: 407-648-0233.
Email: wlawton@drml-law.com

James M. Campbell
Ethicon, Inc.
3rd Floor
One Constitution Center
Boston, MA 02129
617-241-3000
Fax: 617-241-5115.

Larry D. Ottaway
Foliart Huff Ottaway & Bottom
201 Robert Kerr Ave
12th Floor
Oklahoma City, OK 73102

7

405-232-3533
Fax: 405-232-3462

Peter John Veysey, Jr.
Campbell Campbell Edwards & Conroy, PC
One Constitution Plaza
Third Floor
Boston, MA 02129
617-241-3105
Email: pveysey@campbell-trial-lawyers.com

SO ORDERED, this _____ 8th _____ day of December, 2017

RICHARD W. STORY
United States District Judge